AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
1/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
Jan 16, 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY  Nancy Boehme
Deputy Clerk, U.S. District Court

United States of America

v.

QUOC-BAO VIET LE,

Defendant

Case No.  8:26-mj-00045-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 9, 2025 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Nicholas Vicencia
Complainant's signature

Nicholas Vicencia, Special Agent (FBI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  January 16, 2026

Judge's signature

City and state:  Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
Printed name and title

AUSA: Mark Takla

**AFFIDAVIT**

I, Nicholas Vicencia, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been an employed with the Federal Bureau of Investigation ("FBI") since 2004 and have been a Special Agent ("SA") since July 2006. I am currently assigned to the Orange County Resident Agency ("OCRA") of the Los Angeles Field Division. Since entering on duty, I have conducted numerous investigations into criminal and terrorism-related investigations. As a result of my experience, I am familiar with strategy, tactics, methods, tradecraft and techniques of fugitives. I have also worked with other agencies involved in criminal investigations, traveled to other countries in connection with fugitive matters, and interviewed individuals associated with violent crime. I have received both formal and informal training from the FBI and other institutions regarding criminal investigations and have worked with FBI personnel assigned to foreign countries, including Vietnam.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant for QUOC-BAO VIET LE ("LE"), for a violation of Title 18, United States Code, Section

1

1073 (Unlawful Flight to Avoid Prosecution) (the "SUBJECT OFFENSE").

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from other law enforcement officers, witnesses and the investigation to date. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part, only.

## II. STATEMENT OF PROBABLE CAUSE

4. On or about December 2025, the Orange County District Attorney's Office ("OCDA") advised me that LE is wanted for multiple crimes and has an outstanding warrant in Orange County, California. As a result of my investigation, along with information from other law enforcement agencies, there is probable cause to believe that LE fled the United States to Vietnam to avoid prosecution.

5. LE was recently charged with the Murder and Conspiracy to Commit Attempted Murder of a Juvenile in Orange County, California.

A. LE's Pending Criminal Case

6. Based upon my discussions with representatives of the OCDA, the Orange County Sheriff's Department ("OCSD"), my review

of law enforcement reports and court documents, I know the following:

7. On July 5, 2025 at 1:52 p.m., OCSD Deputies responded to the area of Court Avenue and Plaza Way in the city of Stanton. Deputies located two victims at the scene, both with multiple gunshot wounds. Both victims were transported to the hospital in critical condition. Victim #1 (age 16) died at the hospital shortly after arrival. Victim #2 (age 13) remains in critical condition but survived. Surveillance video from the areas shows both victims were seated on the curb when a black Mercedes Benz stopped near them.

8. According to the surveillance footage capturing the shooting, an individual got of out of the black Mercedes Benz from the rear passenger side, walked around the vehicle, and had a brief conversation with the victims. The individual then shot both victims with a firearm and returned to the vehicle. A second individual from the front passenger side of the vehicle reached his arm out of the vehicle and also shot at the victims.

9. License plate readers that captured the black Mercedes Benz after the shooting showed that the license plate of the vehicle was obscured or turned off. Law enforcement used commercial and residential surveillance footage to track the black Mercedes Benz until the license plate of the black Mercedes Benz was no longer obscured or turned off. After the shooting once the license plate was no longer obscured or turned off, a license plate reader captured the license plate.

10. According to California Department of Motor Vehicle records, the black Mercedes Benz was registered to Troy Lu ("Lu"). Cellular cite analysis of Lu's telephone records placed Lu at the scene of the shooting on July 5, 2025.

11. As a result of cellular site analysis and review of surveillance cameras, law enforcement identified four individuals in the black Mercedes Benz at the time of the shooting.

12. Law enforcement also used license plate readers, surveillance footage, and cellular site analysis to track the whereabouts of the black Mercedes Benz prior to the shooting. Law enforcement found surveillance footage showing the four individuals getting into the black Mercedez Benz prior to the shooting. From that surveillance footage, an OCSD homicide detective positively identified LE as getting into the front passenger seat of the black Mercedes Benz prior to the shooting.

13. On July 22, 2025, LE was charged with violations of California Penal Code Sections 187(a) (Murder); 664(a)-187(a) (Attempted Murder); 246 (Maliciously and willfully discharge of a firearm); and 182(a)(1) (Criminal Conspiracy).

B.   LE Fled to Vietnam

14. According to information provided by the Department of Homeland Security ("DHS"), LE flew from Los Angeles to Hong Kong on July 9, 2025, four days after the shooting.

15. On October 30, 2025, FBI personnel assigned to Hanoi, Vietnam told me that LE arrived at Ho Chi Minh City, Vietnam on or July 9, 2025.

16. On January 14, 2026, FBI personnel told me that LE was located and arrested in Vietnam by Vietnamese authorities.

17. Based on the above information, I believe that LE is fled to Vietnam to avoid prosecution in the United States.

C. <u>OCDA's Intends to Extradite LE</u>

18. On January 14, 2026, Senior Deputy District Attorney Eya Garcia advised me that the OCDA will seek to extradite LE from Vietnam.

### III. CONCLUSION

19. For all the reasons described above, I submit there is probable cause to believe that LE fled the State of California with intent to avoid prosecution, in violation of the SUBJECT OFFENSE.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __16__ th day of January 2026.

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE